**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE TO STOP AIRPORT EXPANSION, *et al.*, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 02-0619 (JR) |
| DEPARTMENT OF TRANSPORTATION, *et al.*, | : : : : |
| Defendants. | : |

**ORDER**

Plaintiff's motion for reconsideration [31] is **granted**. The Court's notice to counsel dated March 3, 2004 [30] is **vacated**. The government's motion for change of venue [25] is **denied** without prejudice to its renewal, if necessary, following the settlement conference now scheduled for March 31, 2004, in the Eastern District of New York.

                                        JAMES ROBERTSON
                                        United States District Judge