# AKIN GUMP
# STRAUSS HAUER & FELD LLP

━━━━━━━━━ Attorneys at Law

SHEILA D. JONES
202.887.4254/fax: 202.887.4288
sjones@akingump.com

March 15, 2005

Via Electronic Filing

The Honorable James Robertson
United States District Court for
the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    Committee to Stop Airport Expansion, et al. v. Department of Transportation, et al., Civil Action No. 1:02-CV-619

Dear Judge Robertson:

    In response to your February 18 notice of counsel and on behalf of the Plaintiffs in the above-captioned action, I am submitting the following report. The negotiating teams for the parties have reached agreement on the terms of a settlement. My clients have executed the agreement. Although I have not yet received executed signature pages from the United States, it is my understanding that the various federal defendants also have approved the settlement. Aside from receiving the executed signature pages, the only outstanding issue is reaching agreement on the exhibits to be attached to the settlement agreement. We have assembled the documents and will transmit them today, via overnight mail, to counsel for the Federal Aviation Administration.

    Under the terms of the settlement agreement, we will file the settlement documents in the U.S. District Court for the Eastern District of New York and after the New York action is dismissed, we will dismiss the action pending before you.

                                    Sincerely,

                                    Sheila D. Jones

cc:  Rhonda C. Fields, Esquire